IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM STEWART, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 11-7109 |
| CITY OF PHILADELPHIA, POLICE OFFICER DANIELLE K. HUGHES, POLICE OFFICER DAMIEN WALTO, and POLICE OFFICER JUSTIN RIOS, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of March, 2013, upon consideration of Plaintiff, William Stewart's, Appeal From the Clerk's Judgment and Taxation of Cost (Doc. No. 51), it is hereby **ORDERED** that the appeal is **GRANTED IN PART** and **DENIED IN PART**. The Taxation of Costs entered by the Clerk on January 18, 2013, in the amount of $1,171.77 is **VACATED**. Costs are taxed in favor of Defendants and against Plaintiff in the amount of $727.77.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE